## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bryan K. Essick<br>        <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 16-17716 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, and index same on the master mailing list.

Re: Loan # Ending In: 0001

                                      Respectfully submitted,

                                      **<u>/s/Denise Carlon, Esquire</u>**
                                      Denise Carlon, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322  FAX (215) 627-7734